**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Allison, Dexter | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 4195 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9748 S Wentworth<br>Chicago, Illinois 60628 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>9748 S Wentworth<br>Chicago, Illinois 60628 |
| County of Residence or of the<br>Principal Place of Business:   Cook | County of Residence or of the<br>Principal Place of Business:   Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:   Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Ave<br>Suite 1100<br>Chicago, IL 60601   ph: 312-664-6649 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31557

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Dexter Allison & |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | NONE | Case Number: | Date Filed: |
|---|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Dexter Allison
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Oct. 11, 2005
Date

**Signature of Attorney**

X   /s/ Steven A. Leahy
Signature of Attorney for Debtor(s)

STEVEN A. LEAHY 6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Ave
Address

Suite 1100   Chicago, IL 60601

312-664-6649
Telephone Number

Oct. 11, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Steven A. Leahy          Oct. 11, 2005
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| | | |
|---|---|---|
| ACCOUNT SOLUTIONS GROUP<br>PO BOX 628<br>BIFFA;P NY 14240-0628 | ALLSTATE<br>PO BOX 94213<br>PALATINE, IL 60094 | AMERICA ON LINE<br>GPO<br>PO BOX 30623<br>TAMPA FL 33630-0623 |
| AMERICAN GENERAL FINAN<br>4284 S ARCHER AVE<br>CHICAGO, IL 60632 | AOL<br>PO BOX 30623<br>TAMPA, FL 33630 | CAP ONE BK<br>PO BOX 85520<br>RICHMOND, VA 23285 |
| CITY OF CHICAGO DEPARTMENT OF WATER<br>BANKRUPTCY DEPARTMENT<br>333 S. STATE STREET LL10<br>CHICAGO, IL 60604 | CMI GROUP LP<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX 75007 | COMMONWEALTH EDISON<br>SYSTEM CREDIT BK DEPARTMENT<br>2100 SWIFT DRIVE<br>OAK BROOK IL 60523 |
| CREDIT COLLECTION SERVICES<br>TWO WELLS AVENUE<br>NEWTON MA 02459 | D-TECH<br>PO BOX 367<br>KENNEDALE, TX 76060 | DIME SAVINGS BANK<br>1460 VALLEY RD<br>WAYNE, NJ 07470 |
| DTECH BILLING SERVICES<br>PO BOX 367<br>KENNEDALE TX 76060-0367 | ENCORE, CAPITAL ONE SERVICES, INC.<br>400 N. ROGERS RD.<br>PO BOX 3330<br>OLATHE KS 66063-3330 | GEMB/SAMS CLUB<br>PO BOX 981400<br>EL PASO, TX 79998 |
| HOUSEHOLD FINANCE CORP<br>P.O. BOX 1547<br>CHESAPEAKE, VA 23320 | HSBC NV<br>1441 SCHILLING PL<br>SALINAS, CA 93901 | ICS COLLECTION<br>PO BOX 646<br>OAK LAWN, IL 60454-0646 |
| ILLINOIS COLLECTION<br>PO MBOX 646<br>OAK LAWN, IL 60454-0646 | ILLINOIS COLLECTION SERVICE, INC.<br>PO BOX 646<br>OAK LAWN, IL 60454-0646 | INTERNAL REVENUE SERVICE<br>MAIL STOP 5010 CHI<br>230 S. DEARBORN STREET<br>CHICAGO, IL 60604 |
| IOS FAIRCALL CORP<br>PO BOX 600670<br>JACKSONVILLE, FL 32260 | IOS/FAIRCELL CORPORATION<br>PO BOX 600670-0670<br>JACKSONVILLE FL 32260-0670 | IRS<br>KANSAS CITY, MO<br>64999-0002 |
| M3<br>FINANCIAL SERVICES, INC.<br>PO BOX 802089 | NATIONWIDE ACCEPTANCE<br>3435 N CICERO AVE<br>CHICAGO, IL 60641 | NCO FINANCIAL SYSTEMS<br>DEPARTMENT 300<br>1804 WASHINGTON BLVD.<br>BALTIMORE, MD 21230 |
| NETBANK INC<br>9710 TWO NOTCH RD<br>COLUMBIA, SC 29223 | NORTH AMERICAN MTG<br>11200 W PARKLAND A<br>MILWAUKEE, WI 53224 | PAULS MCCALEB<br>9747 S PRINCETON<br>CHICAGO, IL 60628 |

RISK MANAGEMENT
ALTERNATIVES, INC.
1500 COMMERCE DRIVE
MENDOTA HEIGHTS, MN 55120-1025

SAM'S CLUB
PO BOX 530942
ATLANTA, GA 30353-0942

SBC
225 W. RANDOLPH ST
FLOOR 27A
CHICAGO, IL 60606

TCF BANK
C/O HELLER AND FRISONE, LTD.
33 N. LASALLE ST. SUITE 1200
CHICAGO, IL 60602

THE UNIVERSITY OF CHICAGO
PHYSICIANS
PO BOX 2139
BEDFORD PARK, IL 60499-2139

UCPG
PO BOX 2139
BEDFORD PARK, IL 60499

UNION PLUS CREDIT CARD
PO BOX 17051
BALTIMORE MD 21297-1051

WASHINGTON MUTUAL HOME
324 W EVANS ST
FLORENCE, SC 29501

WELLS FARGO
FINANCIAL
ACCEPTANCE ILLINOIS
1 INTERNATIONAL PLZ
PHILADELPHIA, PA 19113

WFFINACCPT
1 INTERNATIONAL PLZ
PHILADELPHIA, PA 19113